UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HEMAD JANFESHAN,

                Plaintiff,                              **ORDER**
    - against -                                     **16 CV 6915 (ARR)(LB)**

U.S. CUSTOMS AND BORDER PROTECTION;
R. GIL KERLIKOWSKIE, COMMISSIONER, U.S.
CUSTOMS & BORDER PROTECTION; U.S.
DEPARTMENT OF HOMELAND SECUIRTY; JEH
JOHNSON, SECRETARY, U.S. DEPARTMENT OF
HOMELAND SECURITY,

                Defendants.

-------------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      The Court held a status conference by telephone in this matter on January 17, 2017 to address defendants' motion to amend the Court's December 29th Order.[1] (ECF No. 17.)   As discussed on the record, defendants' motion is granted.  The Court modifies the December 29th Order as follows:

> The Court shall not prohibit United States Customs and Border Protection ("CBP") from commencing the border search of plaintiff's cellular phone.  Any search shall be conducted in accordance with CBP's normal procedures, including the use of a filter and/or taint team to open or review any information protected by the attorney-client privilege. CBP shall make all reasonable efforts to avoid the review of any privileged information. This includes any communication between plaintiff and the following individuals: Naz Ahmad; JoJo Annobil; Kelly Burnett; Hugh Handeyside; Tarek Ismail; Ramzi Kassem; Mustapha Ndanusa; Diala Shamas; and Craig (CJ) Small.

      By January 20, 2017, plaintiff shall provide defendants with the aforementioned individuals' contact information, including any telephone numbers, e-mail addresses, and/or usernames which were

---

[1] The Court's December 29th Order stated that "[t]he Court shall not prohibit [United States Customs and Border Patrol ("CBP")] from commencing the border search of plaintiff's cellular phone. However, CBP, and any filter team, shall not open or review any communication between plaintiff and his counsel." (ECF No. 15.)

used to contact plaintiff. CBP shall complete the border search of plaintiff's cellular phone by February 28, 2017.

SO ORDERED.

Dated: January 17, 2017
      Brooklyn, New York

/S/
LOIS BLOOM
United States Magistrate Judge

2