UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEMAD JANFESHAN,<br><br>        *Plaintiff*,<br><br>   v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, et al.,<br><br>        *Defendants*. | **Case No. 16-CV-6915 (ARR) (LB)** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned Plaintiff and Defendants hereby stipulate to the voluntary dismissal of Plaintiff's claims in the above-captioned litigation. The parties stipulate that the dismissal is with prejudice. Defendants have asserted no counterclaims against Plaintiff. Each party will bear its own costs, fees, expenses, and attorneys' fees.

Dated: February 13, 2018
       New York, New York

                                       By:/s/ *Aasiya F. M. Glover*
                                       Jennifer Cowan
                                       Aasiya F. M. Glover
                                       Debevoise & Plimpton LLP
                                       919 Third Avenue
                                       New York, New York 10022

        T: (212) 909-6696
        F: (212) 521-7696
        E: jrcowan@debevoise.com
        E: afmglover@debevoise.com


        By:*/s/ Naz Ahmad*
        Naz Ahmad
        *Staff Attorney*
        Tarek Z. Ismail
        *Senior Staff Attorney*
        Ramzi Kassem
        *Director*
        CLEAR project
        Main Street Legal Services, Inc.
        CUNY School of Law
        2 Court Square
        Long Island City, NY 11101
        T: (718) 340-4558
        F: (718) 340-4478
        E: ramzi.kassem@law.cuny.edu

        *Attorneys for Plaintiff*


Brooklyn, New York
February 13, 2018

        RICHARD P. DONOGHUE
        United States Attorney
        Eastern District of New York
        *Attorney for Defendants*

        By: /s/ Kathleen A. Mahoney and Elliot M. Schachner
        Kathleen A. Mahoney
        Elliot M. Schachner
        Assistant U.S. Attorneys
        T: (718) 245-6026/6053
        E: kathleen.mahoney@usdoj.com
        E: elliot.schachner@usdoj.com